# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Rogelio Umberto Cota-Valenzuela,<br><br>　　　　　　Defendant(s). | NO. CR 04-677-2-TUC-FRZ (CRP)<br><br>ORDER |

　　　　On February 15, 2006, a change of plea hearing was conducted and Defendant entered pleas of guilty to both counts of the Indictment. The hearing was concluded pending a Report and Recommendation by the Magistrate as to the issues presented at the change of plea. Magistrate Judge Charles R. Pyle on February 15, 2006 issued his Report and Recommendation. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

　　　　The Court, having made an independent review of the record herein, orders as follows:

　　　　IT IS ORDERED that Magistrate Judge Pyle's Supplemental Report and Recommendation Upon Plea of Guilty (Doc #75) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

　　　　IT IS ORDERED that this Court accepts Defendant's plea of guilty.

　　　　DATED this 16th day of March, 2006.

_Frank R. Zapata_
FRANK R. ZAPATA
United States District Judge